P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451–2055
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY MCCOY, an individual; KENNETH KENNEDY, an individual; ALISSA KING, an individual;<br><br>Plaintiffs,<br>v.<br><br>CITY OF LAS VEGAS, a political entity; Officer JORGE CALOCA, an individual; Officer MAURICE FRAZIER an individual; Officer DAGMAWE WOLDEHAWARIAT, an individual; Officer ALBERT PALTAO, an individual; Officer JONATHAN GALLEGOS, an individual; Officer SERGIO GUZMAN, an individual,<br><br>Defendants. | Case No.: 2:25-cv-361<br><br>**DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

1. <u>Meeting</u>. Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1 (a), a meeting was held on May 28, 2025, and was attended by: George E. Robinson, Esq. on behalf of Plaintiffs, and, Timothy J. Geswein, Esq. of behalf of Defendant City of Las Vegas.

2. <u>Pre-Discovery Disclosures</u>. The parties shall exchange the information required by Fed. R. Civ. Proc. 26(a)(1) on or before June 11, 2025.

3. <u>Discovery Plan</u>. The parties jointly propose to the Court the following discovery plan:

(a) <u>Subject of Anticipated Discovery</u>. Discovery will be needed on the following subjects: All issues set forth in the pleadings and otherwise within the scope of Fed. R. Civ. P. 26(b).

(b) Should discovery be conducted in phases? No.

(c) Issues regarding disclosure or discovery of electronically stored information form and forms in which it is produced: None. The parties further agree with Rule 26(b)(2)(B).

(d) Issues about claims of privilege or protection of trial preparation materials: The parties agree with Rule 26(b)(5).

(e) Changes made in limitations on discovery: None.

(f) Other orders under Rule 26(c) or Rule 16(b) and (c): None.

(g) <u>Discovery Cut-Off Date(s).</u> Discovery will take 180 days, measured from May 28, 2025, which sets the discovery cut-off date for November 24, 2025.

(h) <u>Amending Pleadings</u>. The date for filing motions to amend the pleadings or to add parties shall be August 27, 2025. This is 90 days before the discovery cut-off and does not exceed the outside limit 26-1(b)(2), which presumptively sets ninety days before the discovery cut-off date for filing such motions.

(i) <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)</u>. Disclosures of experts shall proceed according to LR 26-1(b)(3), as follows:

    i. The disclosure of experts and expert reports shall occur on or before September 26, 2025, which is 60 days before the discovery cut-off date.

    ii. The disclosure of rebuttal experts shall occur on or before October 26, 2025, which is within the 30-day deadline that LR 26-1(b)(3) presumptively establishes for rebuttal expert disclosures.

(j) <u>Other Discovery Matters</u>. Further discovery shall be governed by the Federal Rules

of Civil Procedure and by the corresponding Local Rules. Any discovery requested beyond the scope of this Order must be approved by the Court.

3.  4.  Other Items.

    (a)  Interim Status Report. The parties shall file the interim status report required by LR 26-3 by September 26, 2025, which is 60 days before this discovery cut-off date.

    (b)  Dispositive Motions. The parties shall have until December 24, 2025, to file dispositive motion(s). This is within thirty-day period that LR 26-1(b)(4) presumptively sets for filing dispositive motions.

    (c)  Alternative Dispute Resolution. Settlement may be enhanced by use of the following alternative dispute resolution procedure: mediation or settlement conference with a magistrate of the Court, that is not related to this case.

    (d)  Alternative Forms of Case Disposition. The parties considered consent to trial by magistrate judge and use of the short trial program.

    (e)  Pretrial Order. The pretrial order shall be filed by January 23, 2026, which is not more than thirty days after the date set for filing dispositive motions in the case. If dispositive motions are timely filed, this deadline is suspended until 30 days after a decision on dispositive motions or further order of the Court. Pursuant to LR 26-1(b)(6), the disclosures required in Fed. R. Civ. P. 26(a)(3) and any objections to them shall be made in the joint pretrial order.

    (f)  Later Appearing Parties. Plaintiff shall serve a copy of this discovery plan and scheduling order on any person served after it is entered or, if additional Defendants should appear, within five days of their first appearance. This discovery plan and scheduling order shall apply to such later-appearing part[y][ies], unless the Court, on motion and for good cause shown, orders otherwise.

/ / /

1    (g)    <u>Extensions or Modifications of the Discovery Plan and Scheduling Order</u>.  LR 26-4 governs modifications or extensions of this discovery plan and scheduling order.  Any stipulation or motion must be made not later than twenty days before the before the expiration of the subject deadline and comply fully with LR 26-4.

**IT IS SO STIPULATED**

Dated this 29th day of May, 2025.                    Dated this 29th day of May, 2025.

KERR SIMPSON ATTORNEYS AT LAW          LAS VEGAS CITY ATTORNEY'S OFFICE

/s/ George E. Robinson                              /s/ Timothy J. Geswein
George E. Robinson, Esq. (13956)                    Timothy J. Geswein (10049)
2900 W Horizon Ridge Pkwy., Suite 200               495 S. Main Street, 6th Floor
Henderson, NV 89074                                 Las Vegas, NV 89101
Phone: (702) 451-2055                               Telephone: (702) 229-6629
george@kerrsimpsonlaw.com                           tgeswein@lasvegasnevada.gov
*Attorneys for Plaintiff*                           *Attorney for Defendant*

IT IS SO ORDERED. Denied without prejudice.  The parties' stipulation is not in compliance with LR 26-1(b).  The parties request a longer discovery period than the 180 days that is afforded by LR 26-1(b).  The parties measured the 180-day period from the date of the Rule 26(f) conference, which is not compliant with LR 26-1(b).  The former provides that the 180-days are measured from the date first defendant appears, which was March 7, 2025 (ECF No. 6).  The parties also fail address their untimely filing of the stipulated discovery plan and scheduling order.  Per LR 26-1, the parties should have held the Rule 26(f) within 30 days after defendant's March 7, 2025 motion to dismiss (ECF No. 6) and then filed the stipulated discovery plan and scheduling order 14 days later.  The Local Rules have been amended and LR 26-3 no longer requires filing an interim status report.  Finally, revised LR 26-3 governs extensions, not LR 26-4.  The parties may have leave to file an amended stipulation by **June 9, 2025**, addressing the foregoing.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 5-30-25