1  P. STERLING KERR, ESQ.
   Nevada Bar No. 3978
2  GEORGE E. ROBINSON, ESQ.
   Nevada Bar No. 9667
3  KERR SIMPSON ATTORNEYS AT LAW
   2900 W. Horizon Ridge Parkway, Suite 200
4  Henderson, Nevada 89052
5  Telephone No. (702) 451-2055
   Facsimile No. (702) 451-2077
6  sterling@kerrsimpsonlaw.com
7  george@kerrsimpsonlaw.com
   *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY MCCOY, an individual; KENNETH KENNEDY, an individual; ALISSA KING, an individual;<br><br>Plaintiffs,<br>v.<br><br>CITY OF LAS VEGAS, a political entity; Officer JORGE CALOCA, an individual; Officer MAURICE FRAZIER an individual; Officer DAGMAWE WOLDEHAWARIAT, an individual; Officer ALBERT PALTAO, an individual; Officer JONATHAN GALLEGOS, an individual; Officer SERGIO GUZMAN, an individual,<br><br>Defendants. | Case No.: 2:25-cv-361<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO MARSHALS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

   IT IS HEREBY STIPULATED by and between the Plaintiffs TIMOTHY MCCOY, KENNETH KENNEDY and ALISSA KING (hereinafter "Plaintiffs"), by and through their attorney, George E. Robinson, Esq. of KERR SIMPSON ATTORNEYS AT LAW, and Defendants JORGE CALOCA, MAURICE FRAZIER, DAGMAWE WOLDEHAWARIAT, ALBERT PALTAO, JONATHAN GALLEGOS, and SERGIO GUZMAN (the "Marshals") by and through their attorney Timothy J. Gaswein, Esq. of LAS VEGAS CITY ATTORNEY'S OFFICE, as follows:

1. Plaintiffs' response to the Marshals Motion to Dismiss the First Amended Complaint deadline is extended to October 6, 2025.

2. Plaintiffs retain all right, and to objections, to Defendants' Motion.

Dated this 25th day of September, 2025

KERR SIMPSON ATTORNEYS AT LAW

/s/ George E. Robinson
P. STERLING KERR, ESQ.
Nevada Bar No. 3978
George E. Robinson, Esq.
Nevada Bar No. 9667
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89074
Telephone No.: (702) 451-2055
Email: sterling@kerrsimpsonlaw.com
Email: george@kerrsimpsonlaw.com
*Attorneys for Plaintiffs*

Dated this 25th day of September, 2025

LAS VEGAS CITY ATTORNEY'S OFFICE

/s/ Timothy J. Geswein
TIMOTHY J. GESWEIN, ESQ
Nevada Bar No. 10049
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
Telephone No.: (702) 229-6629
Email: curtis@pecoslawgroup.com
A*ttorney for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated this  1  day of October, 2025

_____
Gloria M. Navarro, District Judge
United States District Court

Submitted by:

KERR SIMPSON ATTORNEYS AT LAW

/s/ George E. Robinson
P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
*Attorneys for Plaintiff*

## Jennifer Hogan

**From:** Timothy Geswein <tgeswein@LasVegasNevada.GOV>
**Sent:** Wednesday, October 1, 2025 12:27 PM
**To:** Jennifer Hogan; George Robinson
**Subject:** RE: Stip McCoy

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

You may affix my e-signature and submit to the Court. Tim Geswein

**From:** Jennifer Hogan <jennifer@kerrsimpsonlaw.com>
**Sent:** Wednesday, October 1, 2025 9:54 AM
**To:** George Robinson <george@kerrsimpsonlaw.com>; Timothy Geswein <tgeswein@LasVegasNevada.GOV>
**Subject:** RE: Stip McCoy

**CAUTION:** This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Please see the attached Stip. to Extend. Let me know if I can sign for you.

Thank you,

*Jennifer Hogan, Paralegal*
Kerr Simpson Attorneys at Law
2900 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89052
P: (702) 451-2055
F: (702) 451-2077



Kerr Simpson Attorneys at Law Standard Disclaimer
This electronic mail message and any attachments are confidential and may also contain privileged attorney-client information or work product. The message and any attachments are intended only for the use of the addressee. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received this email in error, please immediately notify us by reply electronic mail or by telephone at (702) 451-2055, and delete this original message. Thank you.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding any penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another