Jeffry M. Dorocak, NV Bar No. 13109
Timothy J. Geswein, NV Bar No. 10049
LAS VEGAS CITY ATTORNEY'S OFFICE
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
T: (702) 229-6629
*Attorneys for Defendants*

United States District Court
District of Nevada

| | |
|---|---|
| Timothy McCoy, Kenneth Kennedy, and Alissa King,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Las Vegas, et al.,<br><br>Defendants. | Case No. 2:25-cv-00361-GMN-MDC<br><br>**ORDER DISMISSING<br>CASE WITH PREJUDICE** |

Plaintiffs McCoy, Kennedy, and King and Defendants Jorge Caloca, Maurice Frazier, Dagmawe Woldehawariat, Albert Paltao, Jonathan Gallegos, Sergio Guzman and the City of Las Vegas stipulate to the dismissal of this matter with prejudice. Each party shall bear its own attorney's fees and costs.

Dated: December 2, 2025.

| For Plaintiffs: | For the Defendants: |
|---|---|
| /s/ George Robinson | /s/ Timothy J. Geswein |
| KERR SIMPSON | Deputy City Attorney |

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Motion to Dismiss Amended Complaint, (ECF No. 35), and the Motion to Dismiss Amended Complaint (ECF No. 13), are **DENIED** as **MOOT**.

The Clerk of Court is kindly directed to close this case.

**DATED** this __2__ day of December, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court

| | |
|---|---|
| **From:** | George Robinson |
| **To:** | Timothy Geswein |
| **Cc:** | Jennifer Hogan |
| **Subject:** | Re: McCoy Section 1983: SAO for Dismissal w Prejudice |
| **Date:** | Tuesday, December 2, 2025 10:55:45 AM |

> **CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Yes please do. Good to see u this morning.

George

Sent via the Samsung Galaxy S25 Ultra, an AT&T 5G smartphone
Get Outlook for Android

**From:** Timothy Geswein <tgeswein@LasVegasNevada.GOV>
**Sent:** Tuesday, December 2, 2025 10:19:27 AM
**To:** George Robinson <george@kerrsimpsonlaw.com>
**Cc:** Jennifer Hogan <jennifer@kerrsimpsonlaw.com>
**Subject:** McCoy Section 1983: SAO for Dismissal w Prejudice

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

May I affix your electronic signature and submit it to the Court?

# Timothy J. Geswein
Deputy City Attorney
City Attorney's Office | Civil Division
**(702) 229-6688**
495 S. Main St., 6th Floor | Las Vegas, NV 89101